**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

────────────

**No. 98-6979**

────────────

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

JASON DORIAN JONES,

Defendant - Appellant.

────────────

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh.  W. Earl Britt, Senior District Judge.  (CR-95-94, CA-98-218-5-BR)

────────────

Submitted:  December 17, 1998       Decided:  January 5, 1999

────────────

Before WILKINS, NIEMEYER, and TRAXLER, Circuit Judges.

────────────

Dismissed by unpublished per curiam opinion.

────────────

Jason Dorian Jones, Appellant Pro Se.  Fenita Morris Shepard, OFFICE OF THE UNITED STATES ATTORNEY, Raleigh, North Carolina, for Appellee.

────────────

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Jason Dorian Jones seeks to appeal the district court's order denying his motion filed under 28 U.S.C.A. § 2255 (West 1994 & Supp. 1998). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. See United States v. Jones, Nos. CR-95-94; CA-98-218-5-BR (E.D.N.C. June 18, 1998). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED